IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVENPORT LIMITED PARTNERSHIP,<br><br>           Plaintiff,<br><br>vs.<br><br>HENRY A. SINGER,<br><br>           Defendant. | 8:11CV210<br><br><br>ORDER |

      This matter is before the Court on the parties' joint stipulation for dismissal with prejudice (filing 59). The parties have stipulated that each will bear its own costs and attorney fees, and that the case will be dismissed with prejudice, with the making of a complete record waived. Accordingly,

      IT IS ORDERED:

      1.     The parties' joint stipulation for dismissal (filing 59) is accepted;

      2.     The case is dismissed, with prejudice, each party to bear its own costs and fees, with the making of a complete record waived; and

      3.     A separate judgment will be issued.

      Dated this 19th day of February, 2013.

                                                BY THE COURT:

                                                John M. Gerrard
                                                United States District Judge